IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RAYMOND JOHN DANIELS,

    Plaintiff,

v.                                        2:20-CV-286-Z-BR

GARRETT STEVENSON, *et al.*,

    Defendants.

AUG 9 2023 PM4:30
FILED - USDC - NDTX - AM

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff. ECF No. 11. No objections to the findings, conclusions, and recommendation have been filed.[1] After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**.

Also before the Court is Plaintiff's Motion to Return Documents ("Motion to Return Documents"). ECF No. 13. It is generally a plaintiff's burden to keep copies of all documents in his case or he must pay the Clerk the copy fee to make copies. Plaintiff provides the Court with no authority to provide him with free copies of documents filed with this Court. Plaintiff may request

---

[1] Plaintiff filed a Motion to Extent Time ("Motion to Extend Time") (ECF No. 12), wherein he requests an additional time to research and file a civil complaint. The Court construes the motion as leave to file an amended complaint. Local Rule 15.1 requires a copy of the proposed amended motion be attached to the pleading. Plaintiff has not done so. Accordingly, his Motion to Extend Time (ECF No. 12) is **DENIED**.

fee amounts from the Clerk regarding specific documents he requests and must pay for copies in advance. Therefore, Plaintiff's Motion to Return Documents (ECF No. 13) is **DENIED**.

**IT IS SO ORDERED**.

August __7__, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE